30,053-04,05

October 14, 2015

TO: Abel ACOSTA, CLERK
COURT OF CRIMINAL APPEALS OF TEXAS
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 22 2015

Abel Acosta, Clerk

IN RE:  11.07 NO. 534058-D  WR-30,053-04
        11.07 NO. 534058-E  WR-30,053-05

Please be informed applicant has received the clerk's notice of their receiving applicant's Writ of Habeas corpus to be Presented to the court. Thank you! May the court swiftly resolve the issues in that; applicant can proceed exhausting his state remedies. Please inform applicant of any other matters concerning the above writs which may need re-addressed for the court's indulgence. Applicant's current and [correct Residence] is provided Below.

Respectfully,

Antonio Dudley

ANTONIO DUDLEY #567960
GARZA WEST UNIT, 4250 HWY 202
BEEVILLE, TX 78102